UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTY MARIE WOODINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | **JUDGMENT**<br>**On Attorney Fees**<br>2:20-CV-51-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that that Branch W. Vincent, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount Of $12,000.00. Plaintiffs counsel will reimburse Plaintiff any fees he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

**This judgment filed and entered on February 22, 2024, and served on:**
Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Keeya M. Jeffrey (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

February 22, 2024

/s/ Peter A. Moore, Jr.